Joseph C. Kohn
Zahra R. Dean (admitted pro hac vice)
Elias A. Kohn (admitted pro hac vice)
**KOHN, SWIFT & GRAF, P.C.**
1600 Market Street, suite 2500
Philadelphia, PA 19103
T: (215) 238-1700
E: jkohn@kohnswift.com
E: zdean@kohnswift.com
E: ekohn@kohnswift.com

*Attorneys for Plaintiff*
*(Additional counsel listed on signature page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

---------------------------------------------------------------x
:
MARTIN LYNCH; NANCY BENDER;                              :
and LINDA LITTLETON, on behalf of                         :
themselves and all others similar situated               :   No.  3:23-cv-01502
                 Plaintiffs,                              :
    v.                                                    :
                                                          :
MULTNOMAH COUNTY, on behalf of                            :
itself and all others similarly situated;                 :
LANE COUNTY, on behalf of itself                          :
and all others similarly situated;                        :
YAMHILL COUNTY; on behalf of                              :
itself and all others similarly situated;                 :
ELLEN F. ROSENBLUM, in her capacity as                    :
ATTORNEY GENERAL OF THE STATE                             :
OF OREGON; and BETSY IMHOLT,                              :
in her official capacity as DIRECTOR                      :
OF THE OREGON DEPARTMENT                                  :
OF REVENUE,                                               :
                 Defendants.                              :
---------------------------------------------------------------x

**PLAINTIFF NANCY BENDER'S ACCEPTANCE OF OFFER OF
JUDGMENT FROM DEFENDANT MULTNOMAH COUNTY**

Plaintiff Nancy Bender, by her undersigned attorneys and pursuant to Rule 68 of the

Federal Rules of Civil Procedure, hereby accepts the Offer of Judgment dated January 26, 2024

{00246414 }

from the Defendant, Multnomah County, to have a judgment entered against Multnomah County and in her favor in the amount of $38,177.03 payable to Nancy Bender in a single lump sum and Nancy Bender's recoverable costs including reasonable attorneys' fees as determined by the Court up to the point of Defendant Multnomah County's offer of judgment.

Dated: February 8, 2024

| | |
|---|---|
| David F. Sugerman, OSB No. 862984<br>Nadia H. Dahab, OSB No. 125630<br>**SUGERMAN DAHAB**<br>707 SW Washington St., Ste. 600<br>Portland, OR 97205<br>T: (503) 228-6474<br>E: david@sugermandahab.com<br>E: nadia@sugermandahab.com | */s/ Elias A. Kohn*<br>Elias A. Kohn<br>Joseph C. Kohn<br>Zahra R. Dean<br>**KOHN, SWIFT & GRAF, P.C.**<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>T: (215) 238-1700 |
| Gregory P. Hansel (pro hac vice forthcoming)<br>Shana M. Solomon (pro hac vice forthcoming)<br>Elizabeth F. Quinby (pro hac vice forthcoming)<br>Michael D. Hanify (pro hac vice forthcoming)<br>Kat Mail (pro hac vice forthcoming)<br>**PRETI FLAHERTY BELIVEAU<br> & PACHIOS, CHARTERED, LLP**<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112<br>T: (207)791-3000<br>E: ghansel@preti.com<br>E: ssolomon@preti.com<br>E: equinby@preti.com<br>E: mhanify@preti.com<br>E: kmail@preti.com | David H. Fink (pro hac vice forthcoming)<br>Nathan J. Fink (pro hac vice forthcoming)<br>**FINK BRESSACK**<br>38500 Woodward Avenue, Suite 350<br>Bloomfield Hills, MI 48304<br>T: (248) 971-2500<br>E: dfink@finkbressack.com<br>E: nfink@finkbressack.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* |

## CERTIFICATE OF SERVICE

I, Elias A. Kohn, hereby certify that on February 8, 2024, I caused to be electronically filed the foregoing *Plaintiff Nancy Bender's Acceptance of Offer of Judgment from Defendant Multnomah County* with the Clerk of the Court for the United States District Court for the District of Oregon by using the CM/ECF system.

I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished through the CM/ECF system:

Andrew T. Weiner
Carlos A. Rasch
B. Andrew Jones
**Multnomah County Attorney's Office**
501 SE Hawthorne Blvd
Suite 500 Portland, OR 97214
Email: andrew.weiner@multco.us
Email: carlos.rasch@multco.us
Email: andy.jones@multco.us

Erin Pettigrew
**Lane County Office of Legal Counsel**
125 East Eighth Avenue
Eugene, OR 97401
Email: erin.pettigrew@lanecountyor.gov

Christian F. Boenisch
**Yamhill County, Office of County Counsel**
434 NE Evans
McMinnville, OR 97128
Email: boenischc@co.yamhill.or.us

Carla Scott
Deanna J. Chang
**Oregon Department of Justice**
100 SW Market Street
Portland, OR 97201
Email: carla.a.scott@doj.state.or.us
Email: deanna.j.chang@doj.state.or.us

                                             */s/ Elias A. Kohn*
                                             Elias A. Kohn

                                             **KOHN, SWIFT & GRAF, P.C.**
                                             1600 Market Street, suite 2500
                                             Philadelphia, PA 19103
                                             T: (215) 238-1700
                                             E: ekohn@kohnswift.com

{00246414 }