IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MARTIN LYNCH**, as Personal Representative of the **ESTATE OF LYNN ARDEN GRAHAM-LYNCH**; **NANCY BENDER**; **KYLE QUEAHPAMA** as heir of the **ESTATE OF ROBERTA QUEAHPAMA**; **TWO J'S DEVELOPMENT COMPANY, LLC**, c/o **SANDRA VAHALA** and **JOSHUA VAHALA**; **WALTER JAQUITH**; and **CAROLYN JAQUITH**, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>**MULTNOMAH COUNTY,** on behalf of itself and all others similarly situated; **LANE COUNTY**, on behalf of itself and all others similarly situated; **YAMHILL COUNTY**, on behalf of itself and all others similarly situated; **ELLEN F. ROSENBLUM**, in her official capacity as **ATTORNEY GENERAL OF THE STATE OF OREGON**; and **BETSY IMHOLT,** in her official capacity as **DIRECTOR OF THE OREGON DEPARTMENT OF REVENUE**,<br><br>      Defendants. | Case No. 3:23-cv-01502-IM<br><br>**JUDGMENT AGAINST DEFENDANT MULTNOMAH COUNTY AND IN FAVOR OF PLAINTIFF NANCY BENDER** |

Pursuant to Federal Rule of Civil Procedure 68 and based on Plaintiff Nancy Bender's Acceptance of the Offer of Judgment from Defendant Multnomah County, ECF 34, **IT IS ADJUDGED** that judgment is entered against Defendant Multnomah County and in Plaintiff Nancy Bender's favor in the amount of $38,177.03 payable to Nancy Bender in a single lump sum and Nancy Bender's recoverable costs including reasonable attorney's fees up to the point of Defendant Multnomah County's offer of judgment as will be determined by this Court.

DATED this 27th day of February, 2024.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – JUDGMENT