**Kyle A. Sturm, OSB No. 080214**
kyle.sturm@foremansturm.com
FOREMAN STURM & THEDE LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
T: 503.477.4693

**Christian Boenisch, OSB No. 972170**
Yamhill County Counsel
535 NE Fifth St.
McMinnville, OR 97128
T: 503.434.7502

Attorneys for Defendant Yamhill County

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARTIN LYNCH, et al.,<br><br>   Plaintiffs,<br> v.<br><br>MULTNOMAH COUNTY et al.,<br><br>   Defendants.<br>―――――――――――――――<br>JEFFREY SAWYER, et al.,<br><br>   Plaintiffs,<br> v.<br><br>MARION COUNTY, et al.,<br><br>   Defendants | Case No. 3:23-cv-01502-IM<br><br>(Lead case)<br><br>Case No 3:23-cv-01971-IM<br><br>**DEFENDANT YAMHILL COUNTY'S JOINDER TO MOTION TO DISMISS FILED BY DEFENDANT MARION COUNTY**<br><br>Oral Argument Requested |

**LR 7-1(a) CERTIFICATION**

Defendant's counsel conferred with Plaintiffs' counsel regarding this motion, but they were unable to agree on how to resolve it.

Page 1 **YAMHILL COUNTY'S JOINDER IN MARION COUNTY'S MOTION TO DISMISS**

# MOTION

Defendant Yamhill County, through the undersigned counsel, hereby joins the Motion to Dismiss filed by Defendant Marion County in this case (3:23-cv-1502-IM) on April 15, 2024, (ECF 67) and the Motion to Dismiss files in the consolidated case (3:23-cv-01971-IM) on April 15, 2024 (ECF 29). Defendant Yamhill County incorporates the entirety of the Motion to Dismiss as applicable to Yamhill County. Specifically, (A) the action is barred by ORS 312.220; (B) the action is barred by Res Judicata; (C) the action is barred by ORS 312.230(1); (D) the state-law claim should be dismissed based on the procedural requirements of the Oregon Tort Claims Act, ORS 30.260 to 30.300; (E) the counties did not take properties under Article I, section 18, of the Oregon Constitution because foreclosure is not a taking; and (F) the 42 U.S.C. § 1983 claim is untimely and not viable. Yamhill County respectfully requests that the Court Dismiss Plaintiffs' Complaint in its entirety.

DATED this 17th day of April, 2024.

FOREMAN STURM & THEDE LLP

By: */s/ Kyle A. Sturm*
    **Kyle A. Sturm, OSB No. 080214**
    kyle.sturm@foremansturm.com

YAMHILL COUNTY COUNSEL

By: */s/ Christian Boenisch*
    **Christian Boenisch, OSB No. 972170**
    boenischc@co.yamhill.or.us

Attorneys for Defendant Yamhill County