# Ex. 3



**KINDRED, LLC 1** *Connor Clark*
Direct Dial **503.430.4441**
connor@durableinv.com

RE: Columbia County tax auction of **264 S 20TH St SAINT HELENS, OR 97051**

Funds Payable To:
**Heirs of Debra E. Wend Estate**

**County Tax Auction case summary:**
- A county tax foreclosure occurred on the following property: **264 S 20TH St SAINT HELENS, OR 97051**
- The property was then auctioned off by Columbia County on 12/14/2022.
- The unpaid property taxes were $8,676.37
- The property was auctioned off for $65,246.00
- We believe that the County should pay out money.

**What to expect:**
- No out-of-pocket expenses.
- No additional liability related to the foreclosure or to any creditors.
- No private information.
- Kindred Investments utilizes its local hired law firm to file a claim with Columbia County to recover money. Prior to doing this, we distribute a **one-time immediate payment to you** and then attempt to pursue a payout on our own behalf and for our own benefit.

**Recovery Timeline and Next Steps:**
- Once the paperwork is signed, the file will be delivered to our hired third-party Oregon law Firm who will file a request with the County within five business days. The distribution of funds recovered will be governed by the terms of a related agreement that will be delivered to you for your review and signature.
- Prior to doing this, we distribute a **one-time immediate payment to you** and then work directly with the County on our own behalf and for our own benefit.

**Information Required:**
- Phone Number for **Heirs of Debra E. Wend Estate.**
- Address to send payment to.

Please reach out directly about the process or for updates on the recovery timelines. Please refer to the agreements provided for details on this transaction.

*Conn Clark*
**Kindred, LLC**
**10175 SW Barbur Blvd Ste 203D, Portland, Oregon 97223**



Kindred, LLC
10175 SW Barbur
Blvd Ste 203D
Portland, OR 97223

PORTLAND OR RPDC 972

23 JUL 2026  PM 2  L

Melody Gibson Heir of Debra
E. Wend Estate

98630-